IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LINDSEY,

    Plaintiff,                      No. CIV S-04-2159 KJM

  vs.

CLASSIC SOFT TRIM,

    Defendant.                  <u>ORDER</u>

_____/

      A status conference was held in this matter on May 25, 2005 before the undersigned.  Mary Shea appeared telephonically for plaintiff.  Rhea Mariano appeared telephonically for defendant.  Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1.  Discovery, including the hearing of discovery motions, shall be completed by September 28, 2005.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

      2.  Dispositive motions, other than discovery motions, shall be noticed to be heard by October 26, 2005.

/////

1

3. The pretrial conference is set for January 4, 2006 at 11:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

4. Trial of this matter is set for February 6, 2006 at 10:00 a.m. before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
lindsey.oas