IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LINDSEY,

    Plaintiff,                  No. CIV S-04-2159 KJM

    vs.

CLASSIC SOFT TRIM,

    Defendant.                ORDER

_____/

        On August 2, 2005, the parties, by and through their respective counsel, filed a stipulation of dismissal.

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this matter is dismissed with prejudice as provided by Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: August 4, 2005.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

lindsey.ord